EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                         | 2005 TSPR 194      |
|                                |                    |
| José D. Hernández González     | 166 DPR _____      |

Número del Caso: TS-12,380

Fecha: 15 de diciembre de 2005

 Abogado del Peticionario:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Solicitud de Baja Voluntaria al Ejercicio de la Abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

José D. Hernández González

TS-12,380

RESOLUCION

San Juan, Puerto Rico, a 15 de diciembre de 2005

Examinada la moción en contestación a Resolución presentada por el Colegio de Abogados de Puerto Rico, se declara con lugar la solicitud de baja voluntaria presentada por José D. Hernández González.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señor Fuster Berlingeri y señor Rivera Pérez no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo